| | |
|---|---|
| 1  Amrane Cohen, Chapter 13 Trustee | |
| 2  Linda S. Conway (SBN 158634) | **FILED & ENTERED** |
| 3  770 The City Drive South, Suite 3700 | |
|    Orange, CA 92868 | AUG 27 2024 |
| 4  Tel: (714) 621-0200 | |
| 5  Fax: (714) 621-0277 | CLERK U.S. BANKRUPTCY COURT |
|    Email: efile@ch13ac.com | Central District of California |
| 6  Chapter 13 Trustee | BY deramus  DEPUTY CLERK |

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re | **Case No.:** 8:24-bk-11449-TA |
| GEORGE BARREDA | Chapter 13 |
|  | **ORDER DISMISSING CASE WITH 180-DAY PROHIBITION AGAINST REFILING** |
|  | Date:       August 21, 2024 |
| Debtor(s). | Time:       1:30 p.m. |
|  | Courtroom:  5B |
|  | Address:    411 West Fourth Street |
|  |             Santa Ana, CA 92701 |

The Court, having held a confirmation hearing in this matter at the date, time, and location stated above, for the reasons stated on the record at said hearing, and for good cause appearing,

///

///

1

ORDER DISMISSING CASE WITH 180-DAY PROHIBITION AGAINST REFILING

IT IS ORDERED:

1. The case is dismissed; and

2. Debtor George Barreda is prohibited from filing another case under Title 11 of the United States Code for a period of 180 days.

###

Date: August 27, 2024

Theodor C. Albert
United States Bankruptcy Judge